UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-00711 |
| | § | |
| $30,310.00 IN U.S. CURRENCY | § | |
| Defendants | § | |

## GOVERNMENT'S AMENDED CERTIFICATE OF PERSONS WITH FINANCIAL INTEREST

I certify that United States of America, Plaintiff, and potential claimant Chokri Naccache have a financial interest in the outcome of this litigation.

Respectfully submitted,

José Angel Moreno
United States Attorney

By: /s/ Albert Ratliff
Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
(713) 567-9579
FAX (713) 718-3300